United States District Court.

District of Rhode-Island

HAKEEM PELUMI,  ) Case No.:
) 
    Plaintiff,  )
)
    Vs.  )  CA 09 255
)
STATE OF RHODE-ISLAND, CITY OF  )
)
PROVIDENCE, through its  )
)
Treasurer, Stephen J  )
)
Napolitano; PROVIDENCE POLICE  )
)
DEPARTMENT; DEAN ESSERMAN as  )
)
Cief of Providence Police  )
)
Department; OFFICER CUTE  )
)
individually and in his  )
)
official capacity; JAMIE COHER  )
)
individually as a New York  )

citizen.

    Defendant

---

## PLAINTIFF ORIGINAL COMPLAINT

### A. JURISDICTION & PARTIES

1. Jurisdiction is proper in this court according to 28USC 1332" Diversity of Citizens", 1343, 42USC 1983 and 1985 A Federal Question. Also, United States Constitution Article 3, Section 2. 28 USC. 1746

-1-  182. Cumberland St. Apt #: 75
Woonsocket. R.I. 02895

2. Plaintiff, Hakeem Pelumi is a resident of Woonsocket, County of Providence, in the State of Rhode-Island.

3. Defendant, the City of Providence, is a duly authorized and organized municipality to the laws of the State of Rhode-Island.

4. The Defendant, the Providence Police Department, is a department of the City of Providence, located at one. Communications Place, Providence. Rhode-Island.

5. Upon information and belief, defendant Officer Cute is a citizen of the State of Rhode-Island and, at all times pertinent hereto, was a member of the Providence Police Department. Defendant Cute is being sued individually and in his official capacity as a Providence Police Officer.

6. Upon information and belief, Defendant Jamie Coher is a citizen of the State of New York

### B. FACTUAL BACKGROUND

7. On or about October 18, 2006, at approximately 2.00p.m, Plaintiff was traveling eastbound on Broad Street in Providence, had been negligently, or willfully, or recklessly and unlawfully and tortuously hit in his car on the right passenger side near the rear view mirror by defendant Jamie Coher.

8. Plaintiff, Hakeem Pelumi, immediately called Providence Police Department through a 911 emergency call on his cell-phone to report the accident.

9. Upon arrival at the scene of the accident, Plaintiff, Hakeem Pelumi, narrated how and where the accident took place as the other driver and co-defendant, Jamie Coher tried to FLEE the scene of the accident by

speeding away from the actual point of contact, but finally pulled over a block away. Haskin Street that is where Defendant Cute saw the car upon his arrival at the scene. But the accident actually happened at the intersection of Broad and Wicham Streets.

10. Plaintiff, Hakeem Pelumi went to collect the Police report two weeks later as directed by Defendant Cute, and discovered that the report turned out to be a racially discriminatingly false report with the intent to cover up the accident as to exactly how and where the accident took place. This also constitutes "Obstruction of Justice". Thereby, Defendant Officer cute, a white man, Conspired with Co-Defendant Jamie Coher to racially Discriminate against Plaintiff, a black man by producing a false Police report.

11. Plaintiff, Hakeem Pelumi immediately notified the internal affairs department of the Providence Police about the racial discrimination and also stated firmly that justice will be sought to the full extent permitted by law. Plaintiff also followed up with a written complaint of the wrongdoing and was delivered to Providence Police Department, Internal Affairs Section.

12. The Defendant, Providence Police department, racially discriminated by willfully, or negligently, or recklessly (TORTIOUS CONDUCT) failed to investigate the incident and thus have no one indicated as responsible when Plaintiff went back to check on the status of the Departments findings.

C. **AUSE OF ACTION**

**Count 1**

-3-   182. Cumberland St. Apt #: 75
Woonsocket. R.I. 02895

**(Civil Rights Violation against Defendant Cute pursuant to 42 USC. 1983**

13. Plaintiff repeats and realleges paragraph 1 through 11 of the complaint as if each had been more fully set forth herein.

**14.** The racial discrimination and tortuous actions of Defendant Cute were undertaken with the authority of the City of Providence Police Department, and under color of State law.

**15.** The racial discrimination and tortuous actions of Defendants Cute and Jamie Coher deprived the Plaintiff of his rights, privileges and immunities under the Fourteenth Ammenendment of the United States Constitution, causing him to be deprived of truth and justice meant for all citizens alike and subjected to unnecessary and unwarranted pain and injuries in seeking fair and proper justice. And further causing him both personal injury and economic harm.

### COUNT 11

**(Civil Rights Violation against Defendants City of Providence, Providence Police Department pursuant to 42USC 1983.)**

16. The Plaintiff repeats and realleges paragraph 1 through 14 of the complaint as if each had been more fully set forth herein.

17. The racial discrimination and tortuous actions of the Defendant Cute were undertaken with the authority of the City of Providence Police Department, and under color of State law.

18. The racial discrimination and tortuous actions of Defendant Cute deprived the Plaintiff of his rights and immunities under Fourteen Amendment of the United States Constitution, causing him to suffer personal injuries and economic harm.

-4-  182. Cumberland St. Apt #: 75
Woonsocket. R.I. 02895

## COUNT III

(Civil Rights violation against Officer Cute and Jamie Coher pursuant to 42 USC 1985).

19. The Plaintiff realleges paragraphs 1 through 17 of the complaint as if each had been more fully set forth herein.

20. Defendants Cute and Jamie Coher by their racial discrimination and tortuos actions on October 18, 2006 and thereafter engaged in a pattern of Discrimination and Deceit. Officer Cute and Jamie Coher thus violated Plaintiffs individual Constitutionally protected rights by Conspiring and Discriminatingly Falsifying the Police report in order to deprive the Plaintiff of the equal privileges and immunities under the law to which the Plaintiff was entitled under United States and Rhode-Island Constitutions, all in violation of 42USC 1985.

21. As a direct and proximate result of the Conspiracy and Discrimination of the Defendants, Plaintiff was deprived of his liberty, and suffered personal and economic injury.

## COUNT IV

(Civil Rights violation against Defendant Cute pursuant to Rhode-Island State law and Rhode-Island Constitution).

22. The Plaintiff repeats and realleges paragraphs 1 through 20 of the complaint as if each had been more fully set forth herein.

23. The racial discrimination and torteous actions of Defendant Cute were undertaken by the authority of the City of Providence and the Providence Police Department, and under color of State law.

24. The racial discrimination and tortuous actions of Defendant Cute deprived the Plaintiff of his rights, privileges and immunities under

State law and the Rhode-Island State Constitution, including without limitation the ability to be free from improper and unfair justice as guaranteed by Article 1, 6 of the State Constitution. As a direct and proximate result of the unlawful actions of the Defendant, Plaintiff was caused to suffer both personal and economic harm.

### D. RELIE REQUESTED

As a direct and proximate result of the Defendants civil rights violation and tortuous conduct, Plaintiff, Hakeem Pelumi seeks the following relief:

A. A declaratory judgment that the Defendants, in the manner described herein, violated the civil rights of the Plaintiff.

B. Compensatory damages for Plaintiffs personal injuries, emotional distress, and economic harm.

C. Punitive damages against Defendant Cute for Perjury and making false statement on a Police report, thereby, obstructing fair and proper justice; and

D. Plaintiff seeks a total sum of $750,000 in damages alone.

E. For such other and further relief as to this Court may seem just and proper.

### E. DEMAND FOR JURY TRIAL

F. Plaintiff hereby demand for jury trial

-6-  182. Cumberland St. Apt #: 75
Woonsocket. R.I. 02895

1

9

11

13

15

17

19

21

23

25

27

29

31

33

35

37

39

41

43

45

47

49

Dated this 1st day of June, 2009

*[signature]*

182. Cumberland St.
Apt #: 75
Woonsocket. R.I.
02895
Tel: 401-597-6214
Hakeem. B. Pelumi

-7-   182. Cumberland St. Apt #:  75
Woonsocket. R.I. 02895

**4/30/07:** : Spoke with Gordon Hepworth regarding the status of my claim, Mr. Hepworth stated that they're not accepting any fault and will mail me a letter to Affirm State Farms decision on the matter

**5/01/07:** Noticing the Laxity and Inefficiency of Progressive's Claim adjuster handling this accident, State Farm Insurance then mailed me YET another letter stating "Completion of its investigation and found NO FAULT ON THEIR INSURED. And that I was the TORT   FEASOR. And thereby NOT RESPONSIBLE FOR DAMAGES TO MY CAR.

**1/15/08:** A check of $ 226.90. Was received from Progressive as 70% of the total cost of damages and that I will be contacted after my deductible of $ 100.00 is collected from State Farm.

**2/15/08:** A check of $ 100.00 was received from Progressive and statement that the check represent my deductible collected from State Farm Insurance.

**2/22/08:** Progressive, through Christopher Gouin, was said to have been notified of State Farm's shift from the earlier; "Not Responsible For Damages to Now; 50% Fault". All without my knowledge. This I call **"DECEITFUL and BAD BUSINESS PRACTICES.**

**2/23/08:** A letter received from Progressive Insurance stating "Progressive has paid for my vehicle damage at 100% and reimbursed my deductible at 100%. "CONSIDERABLE & NOTICEABLE INCONSISTENCIES" in the mailing of both Progressive and State Farm Insurance companies.

**KEY QUESTIONS HERE ARE ;**

@: IS IT TRUE OF THE POLICE REPORT OFFICER CUTE MADE OF THE ACCIDENT ?    THE ANSWER IS "NO"...

(b): DID OFFICER CUTE DISCRIMINATED WILLFULLY LIED AND GAVE A FALSE ACCOUNT OF WHAT ACTUALLY HAPPENED ?  THE ANSWER IS ARESOUNDING "YES"

## CHAIN OF EVENTS

**Date: 2/29/08**
**CC: UNITED STATES DISTRICT COURT**
**FROM: PLAINTIFF. (HAKEEM PELUMI**
**RE:** MOTOR VEHICLE ACCIDENT OF 10/18/06.

**10/18/06:** Traveling eastbound on Broad Street in Providence, Jamie Coher (State Farm Insured driver) came out of WICHAM Street, trying to join the traffic on Broad Street and "Failing To Yield the Right of Way", collided with my car: 1993 Volvo 850 GLT **BY THE REAR VIEW MIRROR ON THE PASSENGER SIDE..**

I immediately called 911 and reported the accident with my cell-phone. During the call, Defendants driver tried to flee the scene of accident by speeding away.
Jamie Coher then pulled over a block away (HASKIN Street) after getting caught in the traffic. And that was where the police found her car upon arrival at the scene.

**10/18/06:** I attended LANMARK HOSPITAL in Woonsocket where I was treated and released for my pains and injuries.

**10/27/06:** Police LIED ON THE POLICE REPORT, WILLFULLY GIVING FALSE ACCOUNT OF HOW AND WHERE THE ACCIDENT OCCOURED AND POINT OF IMPACT OF BOTH CARS.

**10/24/06:** My car assessed for visual damages at BERNIES AUTO in Woonsocket. RI

**10/24/06** Letter from. Progressive stating "You Do Not Have Any Rental Coverage" on your policy and that, Investigation is Still On-Going".

**11/06/06:** Appointment was arranged for Ms. Landry, the claim adjuster at the time.
To meet me at the scene of the accident. s. Landry FAILED TO SHOW UP.
**R.I.G.L. Title 27. Chapter 27-9-1, subsection # 3.** (Failure to properly investigate the accident).

**11/08/06:** Ms. Landry came by my house and conducted damage assessment. She also took some statements regarding the accident.

**11/14/06:** Progressive letter stating "The company's determination of my 30% at fault. The decision was solely based on my statement, Claimant statement, and point of impact to each vehicle. A deal I refused to accept.

**11/15/06:** Letter from State Farm stating, "You recently advised us that you are not presenting a bodily injury claim for the accident". A FALSE CLAIM.